IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 23-CR-427 (DLF) |
| v. | |
| DAN EDWIN WILSON, | |
| Defendant. | |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Dan Edwin Wilson, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public. The grounds around the Capitol were posted and cordoned off, and the entire area as well as the Capitol building itself were restricted as that term is used in Title 18, United States Code, Section 1752 due to the fact that the Vice President and the immediate family of the Vice President, among others, would be visiting the Capitol complex that day.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. This joint session of Congress was an official proceeding as that term is used in Title 18, United States Code, Section 1512. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP

attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

*Dan Edwin Wilson's Participation in the January 6, 2021, Capitol Riot*

8. As early as November 24, 2020, the defendant, Dan Edwin Wilson, was the member of an encrypted Telegram Messenger chat, organized by other individuals, including David Scott Kuntz, called the "Coalition of the Unknown."

9. On or about December 19, 2020, then-President Trump tweeted, "Peter Navarro releases 36-page report alleging election fraud 'more than sufficient' to swing victory to Trump https://washex.am/3nwaBCe. A great report by Peter. Statistically impossible to have lost the 2020

Election. Big protest in D.C. on January 6th. Be there, will be wild!" On or about December 22, 2020, Kuntz made the following statement in the Coalition of the Unknown Telegram group: "January the 6th will be the target date for D.C. this goes to all groups that can help to defend those that can not defend themselves." The defendant, using the Telegram moniker "Live Wire," responded by stating, "Ooh Rah. Curb stomp crew all in!!!" Kuntz responded, "Hell ta D.C. here we come." Later that same day, the defendant wrote, "We are willing to work and coordinate with others but I am a gray ghost ranger." "Gray ghost ranger" refers to the defendant's affiliation with a Three Percenter militia known as the "Gray Ghost Militia."

10. On or about December 22, 2020, the defendant posted to the Coalition of the Unknown Telegram group, "For new members in case you are not aware DC on the sixth here we come." That same day, the defendant wrote, "Some of us in here are extremely active patriots so if you want to start getting boots on the ground reach out we do the damn thing."

11. On or about December 22, 2020, in the Coalition of the Unknown Telegram group, another individual wrote, "What's the current thoughts on Battle rattle?" The defendant responded, "Everyone has differing opinions my personal opinion is if we're going to go in and take over the world Guns up. if we're just trying to put on a show leave them at home." Another individual responded, "I would always carry it with me at least a vest and plates under clothing." The defendant replied, "Absolutely you can wear your attire I will have my plates on I was just talking about firearms." Another individual responded, "I wouldn't do firearms. Looks bad firing in a crowd. Knives and batons." The defendant replied, "That's my opinion you can ask people here that know me I'm a hands-on kind a guy." Later that same day, the defendant added, "I have to admit I have carried my expandable baton both times I've been there I understand it's against the rules but I haven't had a problem yet hard knuckle gloves are a must." Later that same day, the

defendant wrote, "It is an easy choice but it's not an easy choice I stand with you all I will go down swinging." Later that same day, the defendant posted, "They might set up a perimeter as usual this line was pushed out even further I expect the sixth and the 20th to continue with that trend but they cannot stop us from walking in We've already been up there twice so we are starting to understand the lay of the land and how to get around and what to expect if anybody has any questions feel free to ask."

12. On or about December 23, 2020, in another Telegram group, titled "United Front," the defendant posted a link to an open letter from the website oathkeepers.org, entitled "Open Letter to President Trump: You Must Use Insurrection Act to 'Stop the Steal' and Defeat the Coup."

13. On or about December 24, 2020, the defendant discussed in the United Front Telegram group, including with another individual, his plan to travel to Washington D.C. on January 6th. Among other messages, another individual messaged the group, "Yes a lot is happening legally and a lot can happen on the 6th. The most important thing is for the Electoral College results to get contested and that Patriotic Militias set differences aside and gather together." The defendant responded, "In my opinion I don't think it's time to gun up for the sixth we have to play this out but if they seat biden on the 20th all bets are off it's gonna happen even if Trump wins we have to get this government under control it's been crossing my mind if we go to a Civil War do we try to take Washington DC first or do we try to take state capitals first."

14. Also on or about December 24, 2020, the defendant wrote in the United Front Telegram group, "Our team is going. I have had a lot of people reaching out to me about going on the sixth it's going to be the biggest one yet."

15. Also on or about December 24, 2020, in the United Front Telegram group, another individual wrote, "No the intention on the 6th is for Congress to reject the Electoral College vote and to get the Supreme Court to hear We The People and examine the evidence of Voter Fraud." The defendant responded, "We have more and more every day citizens starting to stand up we have to have these people behind us in order to support the movement and make this work."

16. On December 27, 2020, in the United Front Telegram group, an individual shared an image of a building labeled "BIDEN HARRIS" being blown up, with the message, "Betrayed by nearly everyone in Congress…WE MUST FIGHT. He's the only chance anyone has got. DONALD J. TRUMP. FIGHT HARD." The defendant responded, "I am ready to lay my life on the line. It is time for good men to do bad things." Kuntz responded later that morning, "Ok guy's lets get this clear once and for all thete will be no talking about taking over nothing or blowing up shit period on here if you do you are out. So stop that shit now keep it to yourself act like the law is right beside you. Reaper out."

17. On or about December 27, 2020, in the United Front Telegram group, another individual asked, "Is Reaper going to DC?" "Reaper" was a reference to Kuntz, who frequently used the moniker "Reaper" to identify himself. The defendant responded, "We will be there." The other individual responded, "Yall in the same Squad trip Wire?" The defendant responded, "Yes." Later that day, the defendant posted, "The time is now." The other individual responded, "Yup." Kuntz responded, "The 6th will tell it all im ready."

18. On or about December 27, 2020, in the United Front Telegram group, the defendant wrote, "I ain't nobody but when it comes down to it follow me and I'll show you a symphony of destruction." Kuntz responded, "Come on the 6th lets do this shit."

19. On or about December 27, 2020, in the United Front Telegram group, Kuntz shared an image of a tweet from then-President trump, which stated, "See you in Washington, D.C. on January 6th. Don't miss it. Information to follow!" Kuntz wrote, "He is asking us to be there." The defendant responded, "Y'all wanna do it. Ask your self. Are you really ready. This is not for the faint of heart." Kuntz responded, "Good he does need us im going armed period."

20. The defendant agreed with Kuntz and others to travel to Washington, D.C. for the events of January 6, 2021. The defendant and Kuntz traveled to Washington, D.C. together in the defendant's vehicle on January 5, 2021. Their intent was to corruptly obstruct or impede Congress, including through their unlawful presence at the U.S. Capitol building, with respect to the certification of the 2020 electoral college vote. In order to accomplish this goal, the defendant and others, including Kuntz, agreed to work together and to coordinate their actions.

21. In the early morning of January 6, 2021, the defendant and Kuntz gathered with others in the area of the Lincoln Memorial. Later that morning, the defendant and Kuntz gathered with other individuals in the area of the Ellipse and the Washington Monument, during the time when then-President Donald Trump, among others, addressed the crowd.

22. From the Ellipse, the defendant walked with others, including Kuntz, toward the U.S. Capitol building, where they passed fencing and barricades and joined with thousands of other rioters on the grounds of the U.S. Capitol.

23. At approximately 1:43 p.m., over Zello—a live voice push-to-talk communication platform available on cell phones—the defendant shared an audio message to a group called, "Stop the Steal J6." The defendant said, "The people are trying to push through the barricade at the Capitol building. We're headed that way."

24. At approximately 1:44 p.m., over Zello, the defendant received a message from

another individual. The individual asked, "How many patriots do we have pushing through at the Capitol, Live Wire?" the defendant responded a few seconds later, "Hey, pass the word, Badlands, as fast as you can, the people are pushing on the Capitol. We need hands on deck." The individual responded, seconds later, "Heard, Live Wire. Will send."

25.  At approximately 1:45 p.m., over Zello, the defendant shared a message to a group called, "Oath Keepers general chat." In that message, the defendant said, "Hey, whoever's got ears on, even if you ain't in D.C., pass the word, the people are pushing on the Capitol. We need all hands on deck."

26.  At the U.S. Capitol building, the defendant ascended to the Upper West Terrace. The defendant stood on a set of bleachers that had been constructed on the Upper West Terrace, and which overlooked the inaugural stage and West Plaza. As he watched the crowd below, the defendant triumphantly raised his first in the air, before turning back and walking up the bleachers—toward the U.S. Capitol building.

27.  At approximately 2:37 PM EST, the defendant entered the U.S. Capitol building through the Upper West Terrace Door, wearing a gas mask.

28.  After entering the building, the defendant walked into the Rotunda, where he remained for several minutes. While in the Rotunda, the defendant removed his gas mask and placed it in the olive-green fabric pouch he was wearing in front. From the Rotunda, the defendant walked through Statuary Hall, before returning to the Rotunda.

29.  The defendant ultimately exited through the East Rotunda Doors at approximately 2:49 PM EST.

30.  On or about March 9, 2021, the defendant was voluntarily interviewed by the FBI. In this interview, the defendant claimed that he traveled to Washington, D.C. with Kuntz on

January 5, 2021, in the defendant's vehicle. The defendant stated that he and Kuntz attended the speech by then-President Donald Trump on the morning of January 6, 2021, and that he and Kuntz then went to the U.S. Capitol building, where they passed an area where fencing was originally set up. However, the defendant repeatedly falsely denied having entered the U.S. Capitol building and claimed he did not know anyone that entered the building.

### *Dan Edwin Wilson's Conduct in the Western District of Kentucky*

31. On June 3, 2022, during the execution of a lawfully issued search warrant for the defendant's home, law enforcement recovered a number of firearms and ammunition, among other items.

32. The defendant knowingly possessed, in and affecting commerce, a firearm, that is a Rock Island Armory, Model M1911-A1, .45 caliber pistol, bearing serial number RIA1547427; a Smith & Wesson, Model M&P Shield, 9 millimeter pistol bearing serial number HUH1149; a Rock Island Armory, Model M1911-A1, .45 caliber pistol, bearing serial number RIA2266246; an Anderson Manufacturing, Model AM-15, multi-caliber rifle bearing serial number 19347295, with a 28-inch overall length and a 14-inch barrel; a 5.56 caliber long barrel M-4 style rifle with "M" logo, with no visible serial number; a 5.56 caliber short barrel M-4 style rifle, with Anderson buttstock, with no visible serial number; and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, specifically:

   a. On or about July 11, 1994, in Breckenridge Circuit Court, Breckenridge County, Kentucky, in Case Number 94-CR-019, Dan Edwin Wilson, was convicted of Burglary in the Secondary Degree (2 counts) and Unlawful Transaction with a Minor, each a felony;

    b. On or about December 19, 1995, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 95-CR-2600, Dan Edwin Wilson, was convicted of Theft by Unlawful Taking over $300 (2 counts), a felony; and

    c. On or about December 10, 1997, in Fayette Circuit Court, Fayette County, Kentucky, in Case Number 97-CR-977, Dan Edwin Wilson, was convicted of Escape in the Second Degree, a felony.

33. On June 3, 2022, the defendant knowingly received and possessed a firearm, specifically: an Anderson Manufacturing, Model AM-15, multi-caliber rifle bearing serial number 19347295, with a 28-inch overall length and a 14-inch barrel, not registered to him in the National Firearms Registration and Transfer Record.

34. The rifle that the officers recovered from the defendant's home is a firearm, as that term is defined by the United States Code, is not an antique and, further, was transported in interstate commerce from one state to another.

### *Elements of the Offenses*

35. Dan Edwin Wilson knowingly and voluntarily admits to all the elements of Conspiracy To Impede or Injure Officer. Specifically, the defendant admits that on or about January 6, 2021, the defendant willfully and knowingly, did conspire with one or more other persons to prevent, by force, intimidation, or threat, any person, that is, Members of the United States Congress and law enforcement officers, from discharging any duties of any office, trust, or place of confidence under the United States, and to induce by force, intimidation, and threat, any

officer of the United States, that is Members of the United States Congress and law enforcement officers, to leave the place, where their duties as officers were required to be performed.

36. Dan Edwin Wilson knowingly and voluntarily admits to all the elements of Possession of a Firearm by a Prohibited Person. Specifically, the defendant admits that the defendant knowingly possessed at least three firearms, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year.

37. Dan Edwin Wilson knowingly and voluntarily admits to all the elements of Possession of an Unregistered Firearm. Specifically, the defendant admits that the defendant knowingly received and possessed a firearm, specifically a rifle with a 28-inch overall length and a 14-inch barrel, not registered to him in the National Firearms Registration and Transfer Record.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Anthony W. Mariano

Anthony W. Mariano, MA Bar No. 688559
Trial Attorney, Detailee
United States Attorney's Office
for the District of Columbia
601 D Street NW
Washington, D.C. 20530
(202) 476-0319
Anthony.Mariano2@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, Dan Edwin Wilson, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: MAY 15, 2024

Dan Edwin Wilson
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 5/15/24

Norman A. Pattis
Attorney for Defendant